Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

In Re: James Davis Cullop     Case No.: 1:09−bk−12954

    Debtor(s)     Chapter: 7

SSN/TAX ID:
    xxx−xx−8645     Judge: J. Vincent Aug Jr.

## Notice Regarding Status of Case Closing

The above captioned case cannot be closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☐ Pending Motion(s) / Application(s):

☑ Other: Please docket the 341 meeting of creditors which was scheduled for 7/15/2009 @ 11:00 A.M. Without this function, I cannot issue the Discharge of Debtor.

Dated: September 16, 2009

                                   FOR THE COURT:
                                   Kenneth Jordan
                                   Clerk, U.S. Bankruptcy Court